**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ECONOMY PREMIER ASSURANCE**
**COMPANY,** **PLAINTIFF,**

**VS.** **CIVIL ACTION NO. 4:06CV71-P-B**

**BOBBY URICH and ELIZABETH URICH,** **DEFENDANTS.**

**FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiff Economy Premier Assurance Company's ("EPAC") Motion for Summary Judgment [13-1] is **GRANTED**; therefore,

(2) The court declares the following:

(a) the subject insurance policy is void;

(b) Economy Premier Assurance Company has no duty to pay any sum whatsoever to Bobby Urich or Elizabeth Urich under the terms of the policy for the subject house fire; and

(c) Bobby Urich and Elizabeth Urich are enjoined from instituting and prosecuting further litigation in any other court, other than an appeal of this court's decision to the Fifth Circuit Court of Appeals, concerning the subject policy and claimed loss; and

(3) All of the defendants' counterclaims are hereby **DISMISSED WITH PREJUDICE**; and

(4) This case is **CLOSED**.

**SO ORDERED** this the 6th day of March, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE